```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN F. GISLA, SB #42829
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2740

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LYNDA ZIMMER, | No. 2:06-cv-0746-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | <u>INITIAL</u> JOINT STATUS REPORT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

(a) Summary of Claims.  Plaintiff Lynda Zimmer filed this medical malpractice complaint alleging that her Air Force doctors negligently failed to inform her of the results of diagnostic testing that indicated lung cancer.  Defendant United States of America denies that Plaintiff's Air Force doctors failed to inform her of the results of diagnostic testing; or that the medical treatment Plaintiff received from the Air Force fell below the reasonable standard of medical care; or that Plaintiff sustained any damages as a result of the medical treatment she received from the Air Force.

///

///

1

1     (b) Service of Process.  Defendant United States of America has
2 filed an Answer, thereby eliminating the need for service on the
3 United States.
4     (c) Joinder of Additional Parties.  Not anticipated.
5     (d) Amendment of Pleadings.  The parties have stipulated that
6 Plaintiff's demand for jury trial be stricken.
7     (e) Statutory Basis For Jurisdiction and Venue.  Defendant
8 United States acknowledges that this court has <u>facial</u> jurisdiction
9 over the United States under the Federal Tort Claims Act, 28 U.S.C.
10 §§ 2674 & 1346(b)(1).  Venue is proper pursuant to 28 U.S.C. §
11 1391(e) in that the medical treatment that is the subject of
12 Plaintiff's Complaint was provided in this District.
13     (f) Discovery Plan.  Pursuant to FRCP 26(f), the parties agree
14 to the following discovery plan:
15       (1) Within 30 days after issuance by the Court of its pre-
16 trial scheduling order, the parties will exchange the information
17 required by Fed. R. Civ. P. 26(a)(1).
18       (2) Discovery is needed on the issues of negligence,
19 proximate cause and damages.  Discovery will be completed by the
20 discovery cutoff date set forth in (h) below.  There is no need for
21 discovery to be conducted in phases, or be limited to or focused
22 upon particular issues.
23       (3) Each party will be allowed 100 interrogatories.
24 Reasonable subparts of an interrogatory shall count as one
25 interrogatory.
26       (4) The number of depositions allowed by FRCP 30(a)(2)(A)
27 is sufficient, except that depositions of designated expert
28 witnesses will not count against the limit.

1 | The duration of depositions specified by FRCP 30(d)(2) is
2 | sufficient.
3 |     (5) The number of requests for admissions will not be
4 | limited.
5 |     (6) Plaintiff will designate expert witnesses and file
6 | expert witness reports by the date set forth in (h) below. Defendant
7 | will designate expert witnesses and file expert witness reports by
8 | the date set forth in (h) below.  Supplemental reports will be
9 | served within 30 days of the report to which they respond.
10 |     (7) All discovery limits and deadlines will be subject to
11 | change by written agreement of the parties without the need for
12 | court order; and by court order pursuant to noticed motion.
13 |   (g) Anticipated Motions and Scheduling.  See (h) below for the
14 | scheduling of non-discovery motions.
15 |   (h) <u>Tentative</u> Proposed Dates: Subject to the conditions set
16 | forth below, the parties <u>tentatively</u> propose the following pre-trial
17 | dates:

| Date | Event |
|---|---|
| February 2, 2007 | Plaintiff's designation of experts |
| March 5, 2007 | Defendant's designation of experts |
| April 20, 2007 | Discovery cutoff |
| May 11, 2007 | Deadline to <u>file</u> dispositive motions, including Daubert motions |
| July 2007 | Pre-trial Conference |
| September 2007 | Trial (four court days) |

25 | ///
26 | ///
27 | ///
28 | ///

3

1  <u>CONDITIONS RELATING TO TENTATIVE PROPOSED PRETRIAL SCHEDULE:</u>

2  1) On October 19, 2006, Plaintiff Lynda Zimmer underwent major surgery for lung cancer. Plaintiff's surgeon has advised Plaintiff that he is unable to advise Plaintiff regarding her expected remaining life expectancy until a period of time after her surgery. If Plaintiff's expected remaining life expectancy is nine months or longer, Plaintiff will agree to the foregoing proposed pre-trial schedule. If, however, Plaintiff's expected remaining life expectancy is less than nine months, Plaintiff intends to request the Court to order an expedited trial schedule, with a trial date in about May 2007.

2) Government counsel is scheduled for surgery on November 2, 2006. If Government counsel is able to return to full-time work by January 2, 2007, the Government agrees to the foregoing proposed pre-trial schedule. If, however, Government counsel is unable to return to full-time work by January 2, 2007, the Government intends to request the Court to set the pre-trial schedule with a trial date in January 2008.

The parties therefore request that the deadline to file their Joint Status Report be extended from October 27, 2006 to January 2, 2007. By January 2, 2007, the parties will know whether they will be able to agree to the tentative pre-trial schedule set forth above.

(i) Trial Time. Four court days. Plaintiff has demanded a jury. The parties have stipulated, however, that Plaintiff's demand for jury trial be stricken.

(j) Special Procedures. Not indicated.

(k) Modification of Standard Procedures. Not indicated.

1     (l) Related Cases.  None.

2     (m)  Settlement.  The parties are informally exploring an
3 expedited settlement.  The parties will explore formal settlement
4 after discovery is completed.  The parties prefer that the trial
5 judge be different than the settlement judge.

6     (n) Other Matters.  None.

7     WHEREFORE, the parties request that the Court extend the
8 deadline to file the Joint Status Report from October 27, 2006 to
9 January 2, 2007.

10 DATED: October 24, 2006    McGREGOR W. SCOTT
    United States Attorney

    By:  /s/ John F. Gisla
    JOHN F. GISLA
    Assistant United States Attorney
    Attorneys for the United States

14 DATED: October 23, 2006    /s/ Greg A. Meyer
    GREG A. MEYER
    Attorney for Plaintiff

ORDER

Pursuant to the request of the parties to extend the deadline to file their Joint Status Report from October 27, 2006 to December 15, 2006, and for good cause, the time for the parties to file their Joint Status Report is extended from October 27, 2006 to January 2, 2007.

DATED:  October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

5