McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA ZIMMER,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 2:06-CV-0746-MCE-GGH<br><br>STIPULATION TO STRIKE<br>DEMAND FOR JURY TRIAL;<br>ORDER |

It is stipulated that Plaintiff's demand for jury trial be stricken pursuant to 28 U.S.C. § 2402 which states: "Any action against the United States under section 1346 shall be tried by the court without a jury."

DATED: October 27, 2006         McGREGOR W. SCOTT
                                United States Attorney


                           By:    /s/ John F. Gisla
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States

1

DATED: October 24, 2006         /s/ Greg A. Meyer
                                GREG A. MEYER
                                Attorney for Plaintiff

ORDER

Pursuant to the foregoing stipulation, and pursuant to 28 U.S.C. § 2402, Plaintiff's demand for a jury trial is stricken.

DATED: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE