McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA ZIMMER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 2:06-CV-00746-MCE-GGH<br><br>STIPULATION FOR DISMISSAL;<br>ORDER OF DISMISSAL |

    Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: February 12, 2007        McGREGOR W. SCOTT
                                United States Attorney


                        By:   /s/ John F. Gisla
                              JOHN F. GISLA
                              Assistant United States Attorney
                              Attorneys for the United States

1

1  DATED: February 6, 2007         /s/ Greg A. Meyer
                                  GREG A. MEYER
2                                 Attorney for Plaintiff

3

4
                           ORDER OF DISMISSAL
5
      Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
6
   action is dismissed with prejudice.
7
   DATED: _____
8                                          MORRISON C. ENGLAND, JR.
                                           U.S. DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28