1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 LYNDA ZIMMER,                    No. 2:06-CV-0746-MCE-GGH

12         Plaintiff,

13    v.                            STIPULATION FOR DISMISSAL;
                                    ORDER OF DISMISSAL
14 UNITED STATES OF AMERICA,

15         Defendant.

16

17     Pursuant to the terms of a written Settlement Agreement, and
18 pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate
19 that the complaint in this action be dismissed with prejudice, with
20 the parties bearing their own fees and costs.
21 DATED: February 12, 2007      McGREGOR W. SCOTT
22                               United States Attorney
23
24                          By:    /s/ John F. Gisla
                                 JOHN F. GISLA
25                               Assistant United States Attorney
                                 Attorneys for the United States
26

27

28

                                 1

DATED: February 6, 2007        /s/ Greg A. Meyer
                               GREG A. MEYER
                               Attorney for Plaintiff

<u>ORDER OF DISMISSAL</u>

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

Dated: February 15, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2